UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Muriel Veronica Richards,

RECEIVED
DEC 18 2014
PRO SE OFFICE

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The New York Public Library; Mr.Corry Gadson of The New

York Public Library

_____

*(In the space above enter the full name(s) of the defendant(s).*
*If you cannot fit the names of all of the defendants in the space*
*provided, please write "see attached" in the space above and*
*attach an additional sheet of paper with the full list of names.*
*Typically, the company or organization named in your charge*
*to the Equal Employment Opportunity Commission should be*
*named as a defendant.  Addresses should not be included here.)*

**COMPLAINT**
**FOR EMPLOYMENT**
**DISCRIMINATION**

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

14 CV 10272

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*



_____  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
to 2000e-17 (race, color, gender, religion, national origin).
***NOTE:*** *In order to bring suit in federal district court under Title VII, you must first obtain a*
*Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

☒  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§
621 - 634.
***NOTE:*** *In order to bring suit in federal district court under the Age Discrimination in*
*Employment Act, you must first file a charge with the Equal Employment Opportunity*
*Commission.*

☒  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 -
12117.
***NOTE:*** *In order to bring suit in federal district court under the Americans with Disabilities Act,*
*you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity*
*Commission.*

☒  New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age,
race, creed, color, national origin, sexual orientation, military status, sex,
disability, predisposing genetic chacteristics, marital status).

☒  New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to
131 (actual or perceived age, race, creed, color, national origin, gender,
disability, marital status, partnership status, sexual orientation, alienage,
citizenship status).

## I.   Parties in this complaint:

A.   List your name, address and telephone number.  Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff        Name Muriel Veronica Richards

Street Address 115 Mills Avenue,

County, City Staten Island,

State & Zip Code New York 10305

Telephone Number 347-933-5272

B.   List all defendants' names and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant       Name The New York Public Library        & Mr. Corry Jadson
                                                         of the new york public
                                                         Libra y

Street Address 188 Madison Avenue,

County, City New York,

State & Zip Code New York 10016

Telephone Number 1-212-592-7322

C.   The address at which I sought employment or was employed by the defendant(s) is:

Employer The New York Public Library

Street Address 56 Giffords Lane,

County, City Staten Island,

State & Zip Code New York 10308

Telephone Number 1-718-984-6670

## II.   Statement of Claim:

State as briefly as possible the facts of your case, including relevant dates and events.  Describe how you were discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts to support those claims.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.  The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

| | |
|---|---|
| _____ | Failure to hire me. |
| _____ | Termination of my employment. |
| X | Failure to promote me. |
| X | Failure to accommodate my disability. |
| X | Unequal terms and conditions of my employment. |

_____   Retaliation.

_____   Other acts *(specify)*: _____ .

**Note:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

B.   It is my best recollection that the alleged discriminatory acts occurred on: ___2008-present___ .

*Date(s)*

C.   I believe that defendant(s) *(check one)*:

✕ _____   is still committing these acts against me.

_____   is not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

☐ race _____   ☐ color _____

☐ gender/sex _____   ☐ religion _____

☐ national origin _____

☒ age.   My date of birth is ___08/31/1966___ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

☒ disability or perceived disability, ___IDDM; legal blindness; OSA;___ *(specify)*

E.   The facts of my case are as follow *(attach additional sheets as necessary)*:

1) Defendant ignored relevant medical documentation; 2) Defendant has consistently denied plaintiff dozens and dozens of positions; 3) Defendant, on at least one occasion, did not respond in accordance with the relevant provisions of the ADA regarding one of plaintiff's request for reasonable accomodation;

_____

_____

_____

_____

_____

**Note:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.*

## III.   Exhaustion of Federal Administrative Remedies:

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: ___08  16  13___ *(Date).*

*Rev. 05/2010*                          3

B.     The Equal Employment Opportunity Commission *(check one)*:

⎯⎯⎯⎯⎯    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on 09/20/14 ⎯⎯⎯⎯⎯ *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.     Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

☒    60 days or more have elapsed.

⎯⎯⎯⎯⎯    less than 60 days have elapsed.

## IV.    Relief:

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

1) Alteration of Feb. 2013 disciplinary memo to include existence and content of relevant medical documentation

submitted to defendant previously; 2) $300,000 as well as all other compensatory and punitive damages permitted

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)* well
under applicable law(s); back pay, future earnings, as well
all other relief and damages deemed appropriate by this Honorable
Court.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 15 day of December ⎯⎯⎯⎯⎯, 20 14.

Signature of Plaintiff ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

Address      115 Mills Avenue,

Staten Island, New York 10305

Telephone Number      547-933-5272

Fax Number *(if you have one)* ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

*Dec 15, 2014.*

MICHAEL T. IPPOLITO
Notary Public, State of New York
No. 24-4748270   Qual. in Kings Co.
Commission Expires Sept 30, 2017

| Name | Company |
|---|---|
| Muriel Richards | The New York Public Library |

| Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|
| 127409 | 12/01/2014 | 12/14/2014 | 12/12/2014 | 714948 |

| Employee Address | Employee Phone | Company Address | Company Phone |
|---|---|---|---|
| P.O. Box 20122, Staten Island, NY 10302 | | 445 Fifth Avenue, 8th Floor, New York, NY 10016, United States of America | +1 (212) 592-7413 |

| | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 735.77 | 22.07 | 169.44 | 64.72 | 479.54 |
| YTD | 19,503.97 | 585.14 | 4,834.79 | 856.30 | 13,227.74 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus | | | | | 500.00 |
| Holiday Pay | | | | | 642.90 |
| Regular | 12/01/2014 - 12/14/2014 | 35 | 21.021978 | 735.77 | 17,171.93 |
| Retro Payment | | | | | 1,189.14 |
| Earnings | | | | 735.77 | 19,503.97 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| New York State Retirement | 22.07 | 585.14 |
| Earnings or Deductions | 22.07 | 585.14 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| City Tax - NY | 14.19 | 410.28 |
| Federal Withholding | 78.29 | 2,281.29 |
| Medicare | 10.73 | 284.29 |
| OASDI | 45.90 | 1,215.61 |
| State Tax - NY | 20.33 | 643.34 |
| Employee Taxes | 169.44 | 4,834.79 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Local 1930 Union Dues | 14.72 | 356.30 |
| Staff Loan Payback | 50.00 | 500.00 |
| Deductions | 64.72 | 856.30 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| Medicare - Taxable Wages | 740.23 | 19,606.55 |
| Federal Withholding - Taxable Wages | 718.16 | 19,021.41 |
| OASDI - Taxable Wages | 740.23 | 19,606.55 |



**Eltingville Veterinary Practice**
www.Eltingvillevet.org
4353 Hylan Blvd.
Staten Island, NY 10312
(718) 208-4118

Page 1 / 1

Muriel Richards
115 Mills Avenue
2nd floor
Staten Island, NY 10305

Client ID: 95
Invoice #: 443
Date: 11/5/2014

Patient ID: 309
Patient Name: Glenda

Species: Feline
Breed: Domestic Shorthair

Weight:  2.90  pounds
Birthday: 08/05/2014   Sex: Female

| | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| 11/5/2014 | OV-Puppy/Kitten | Danielle Pugliese, DVM | 1.00 | $42.00 |
| | Antech FeLV/FIV Elisa | | 1.00 | $63.50 |
| | Revoultion Pup/Kit | | 1.00 | $16.00 |
| | Capstar Tablet 11.4mg | | 1.00 | $7.50 |
| | Nemex 2 Suspension (Pyrantel Pamoate) | | 1.00 | $12.50 |
| | Nail Trim Courtesy | | 1.00 | $0.00 |

|  |  |
|---|---|
| Patient Subtotal: | $141.50 |
| Invoice Total: | $141.50 |
| Courtesy Discount: | ($12.50) |
| Total: | $129.00 |
| Balance Due: | $129.00 |
| Previous Balance: | $0.00 |
| Balance Due: | $129.00 |
| Cash   : | ($140.00) |
| Less Payment: | ($140.00) |
| Change Given: | $11.00 |
| **Balance Due:** | **$0.00** |

heduled Appointments:
Appt. for Wiggles on 11/7/2014 at 09:00 am.

Our doctors and staff thank you for choosing our Hospital.  We appreciate your
business and enjoy providing care for your pets.  Thank You.



**Eltingville Veterinary Practice**
www.Eltingvillevet.org
4353 Hylan Blvd.
Staten Island, NY 10312
(718) 208-4118

Page 1 / 1

Muriel Richards
115 Mills Avenue
2nd floor
Staten Island, NY 10305

Client ID: 95
Invoice #: 499
Date: 11/17/2014

Patient ID: 331
Patient Name: Greyfriar

Species: Feline
Breed: Domestic Shorthair

Weight: 8.70 pounds
Birthday: 11/15/2006   Sex: Male

| | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| 11/15/2014 | OV-Initial Consultation/Exam | Danielle Pugliese, DVM | 1.00 | $57.00 |
| | Radiograph- Initial View | | 1.00 | $100.00 |
| | Comprehensive CBC Laboratory Test | | 1.00 | $45.00 |
| | Catalyst Chemistry 10 | | 1.00 | $65.00 |
| 11/17/2014 | Antech FeLV/FIV Elisa | | 1.00 | $63.50 |
| | Cremation | | 1.00 | $40.00 |

| | |
|---|---|
| Patient Subtotal: | $370.50 |
| Invoice Total: | $370.50 |
| 50% Discount : | ($133.50) |
| 20% Discount : | ($12.70) |
| Total: | $224.30 |
| Invoice Balance Due: | $224.30 |
| Cash  : | ($120.00) |
| Less Payment: | ($120.00) |
| Invoice Balance Due: | $104.30 |
| Balance Due: | $705.98 |



**Eltingville Veterinary Practice**
www.Eltingvillevet.org
4353 Hylan Blvd.
Staten Island, NY 10312
(718) 208-4118

Page 1 / 1

Muriel Richards
115 Mills Avenue
2nd floor
Staten Island, NY 10305

Client ID: 95
Invoice #: 526
Date: 11/21/2014

Patient ID: 131
Patient Name: Wiggles

Species: Feline
Breed: Domestic Shorthair

Weight:   4.00   pounds
Birthday: 06/27/2014    Sex: Male

| 11/17/2014 | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| | OV-Consultation/Exam | Danielle Pugliese, DVM | 1.00 | $57.00 |
| | Comprehensive CBC Laboratory Test | | 1.00 | $45.00 |
| | Idexx Chem 17 | | 1.00 | $95.00 |
| | Antech FIP 7b ELISA | | 1.00 | $124.60 |
| | Fluids IV Setup | | 1.00 | $125.00 |
| | Esophagostomy Tube Placement | | 1.00 | $250.00 |
| | Cerenia Injection | | 1.00 | $30.00 |
| | Antibiotic Injection | | 1.00 | $35.00 |
| | Hospitalization ICU | | 1.00 | $185.00 |
| | Died in Hospital | | 1.00 | $0.00 |
| | Communial Cremation 0-5lbs | | 1.00 | $30.00 |

**Patient Subtotal:** **$976.60**

Patient ID: 331
Patient Name: Greyfriar

Species: Feline
Breed: Domestic Shorthair

Weight:   8.70   pounds
Birthday: 11/15/2006    Sex: Male

| 1/17/2014 | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| | Euthanasia Services | Danielle Pugliese, DVM | 1.00 | $0.00 |

**Patient Subtotal:** **$0.00**

Invoice Total: **$976.60**
50% Discount : ($350.00)
20% Discount : ($24.92)
Total: $601.68

**Invoice Balance Due:** **$601.68**

**Balance Due:** $705.98

Our doctors and staff thank you for choosing our Hospital.  We appreciate your
business and enjoy providing care for your pets.  Thank You.

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Muriel Richards | The New York Public Library | 127409 | 12/01/2014 | 12/14/2014 | 12/12/2014 | 714948 |

| Employee Address | Employee Phone | Company Address | Company Phone |
|---|---|---|---|
| P.O. Box 20122<br>Staten Island, NY 10302 | | 445 Fifth Avenue, 8th Floor<br>New York, NY 10016<br>United States of America | +1 (212) 592-7413 |

| | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 735.77 | 22.07 | 169.44 | 64.72 | 479.54 |
| YTD | 19,503.97 | 585.14 | 4,834.79 | 856.30 | 13,227.74 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus | | | | | 500.00 |
| Holiday Pay | | | | | 642.90 |
| Regular | 12/01/2014 - 12/14/2014 | 35 | 21.021978 | 735.77 | 17,171.93 |
| Retro Payment | | | | | 1,189.14 |
| Earnings | | | | 735.77 | 19,503.97 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| New York State Retirement | 22.07 | 585.14 |
| Earnings or Deductions | 22.07 | 585.14 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| City Tax - NY | 14.19 | 410.26 |
| Federal Withholding | 78.29 | 2,281.29 |
| Medicare | 10.73 | 284.29 |
| OASDI | 45.90 | 1,215.61 |
| State Tax - NY | 20.33 | 643.34 |
| Employee Taxes | 169.44 | 4,834.79 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Local 1930 Union Dues | 14.72 | 356.30 |
| Staff Loan Payback | 50.00 | 500.00 |
| Deductions | 64.72 | 856.30 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare - Taxable Wages | 740.23 | 19,606.55 |
| Federal Withholding - Taxable Wages | 718.16 | 19,021.41 |
| OASDI - Taxable Wages | 740.23 | 19,606.55 |



**Eltingville Veterinary Practice**
www.Eltingvillevet.org
4353 Hylan Blvd.
Staten Island, NY 10312
(718) 208-4118

Page 1 / 1

Muriel Richards
115 Mills Avenue
2nd floor
Staten Island, NY 10305

Client ID: 95
Invoice #: 526
Date: 11/21/2014

Patient ID: 131
Patient Name: Wiggles

Species: Feline
Breed: Domestic Shorthair

Weight: 4.00 pounds
Birthday: 06/27/2014   Sex: Male

| | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| 11/17/2014 | OV-Consultation/Exam | Danielle Pugliese, DVM | 1.00 | $57.00 |
| | Comprehensive CBC Laboratory Test | | 1.00 | $45.00 |
| | Idexx Chem 17 | | 1.00 | $95.00 |
| | Antech FIP 7b ELISA | | 1.00 | $124.60 |
| | Fluids IV Setup | | 1.00 | $125.00 |
| | Esophagostomy Tube Placement | | 1.00 | $250.00 |
| | Cerenia Injection | | 1.00 | $30.00 |
| | Antibiotic Injection | | 1.00 | $35.00 |
| | Hospitalization ICU | | 1.00 | $185.00 |
| | Died in Hospital | | 1.00 | $0.00 |
| | Communial Cremation 0-5lbs | | 1.00 | $30.00 |

**Patient Subtotal:** **$976.60**

Patient ID: 331
Patient Name: Greyfriar

Species: Feline
Breed: Domestic Shorthair

Weight: 8.70 pounds
Birthday: 11/15/2006   Sex: Male

| | Description | Staff Name | Quantity | Total |
|---|---|---|---|---|
| 11/17/2014 | Euthanasia Services | Danielle Pugliese, DVM | 1.00 | $0.00 |

**Patient Subtotal:** **$0.00**

| | |
|---|---|
| Invoice Total: | $976.60 |
| 50% Discount : | ($350.00) |
| 20% Discount : | ($24.92) |
| Total: | $601.68 |
| **Invoice Balance Due:** | **$601.68** |

**Balance Due:** **$705.98**

Our doctors and staff thank you for choosing our Hospital. We appreciate your
business and enjoy providing care for your pets. Thank You.